# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

January 24, 2007

## E R R A T A

**Appeal No. 2006-1062**

**MBO LABS V BECTON**

Decided:  January 24, 2007                    Precedential Opinion

Please make the following change:

Page 9, at lines 9-10:  after the sentence ending with "**appear**.", strike the following sentence: "**We agree with each of these conclusions**."